THOMAS F. J. DILLON & another *vs.* SIDNEY CLAMAN & another (and a companion case). November 23, 1976. It is clear from the master's subsidiary findings (see particularly par. 15) and the exhibits attached to his report (see particularly exhibit C) that the broker was the agent of the plaintiffs and not of the defendants. See *Gil-Bern Constr. Corp.* v. *Medford,* 357 Mass. 620, 622-623 (1970), and cases cited therein. Nothing contained in the record disputes the defendants' contention that there was no writing (see particularly general finding number 4:

Rescript Opinions.

"plaintiffs have failed to produce a writing ...") sufficient to satisfy the
Statute of Frauds (G. L. c. 259, § 1).

*Judgments affirmed with double costs.*

The case was submitted on briefs.
*Walter J. Griffin & Lawrence H. Fisher* for the plaintiffs.
*Stanley B. Milton & William C. O'Neil, Jr.,* for the defendants.